Francisco León
**LAW OFFICE OF FRANCISCO LEÓN**
8987 E. Tanque Verde Rd.
Suite 309, PMB 432
Tucson, Arizona 85749-9610
Az. Bar: 006578
TEL 520-305-9170
TEL 520-465-3000
FAX 520-340-6437
azcrimlaw@gmail.com
Attorney for Garcia-Valenzuela

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** | )
)   4:22-cr-00423-JAS-BGM
Plaintiff, )
)   **UNOPPOSED MOTION TO**
vs. )   **CONTINUE TRIAL DATE AND**
)   **PLEA DEADLINE**
**Francisco Garcia-Valenzuela,** )
)
Defendant. )
) |

It is expected that excludable delay under 18 U.S.C. §3161 et seq. may occur because of this motion or from an order based thereon.

Defendant Francisco Garcia-Valenzuela, by and through his counsel, moves the Court to issue its order continuing the plea deadline, presently scheduled for July 1, 2022, for a period of thirty (30) days and his trial, presently scheduled for July 19, 2022, for a period of thirty (30) days, or as soon thereafter as is convenient for the Court and parties.

This motion is made necessary because undersigned counsel needs additional time to review the extensive disclosure and prepare for trial.

Undersigned counsel is authorized to state that AUSA Brian Hopkins does not object to this motion or to an order based thereon.

**RESPECTFULLY SUBMITTED** on this 21st day of June 2022.

                                       **LAW OFFICE OF FRANCISCO LEÓN**

*/s/ Francisco León*

Francisco León

**CERTIFICATE OF SERVICE**

_X___   I hereby certify that on June 21, 2022, I electronically transmitted the attached document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Hon. James A. Soto
United States District Judge

Hon. Bruce G. Macdonald
United States Magistrate Judge

Brian Hopkins
Assistant United States Attorney

_X___   I hereby certify that on June 21, 2022, I served the attached document by U.S. Mail on the following, who is not a registered participant in the ECF system:

Francisco Garcia-Valenzuela
Register No. 86782-509